David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ALLEVIATE FINANCIAL SOLUTIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROSENE,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC, a California Limited Liability Company, MICHAEL BARSOUM, an individual, and SET FORTH, INC. LLC, an Illinois Limited Liability Company,<br><br>Defendants. | CASE NO. 8:24-cv-02086-DOC-ADS<br><br>**DEFENDANT ALLEVIATE FINANCIAL SOLUTIONS LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant ALLEVIATE FINANCIAL SOLUTIONS LLC ("Defendant") hereby answers the Complaint of Plaintiff STEVE ROSENE ("Plaintiff") as set forth below.

**NATURE OF THE CASE**

1. Defendant admits that Plaintiff has brought this action. Defendant denies that the action has merit, and further denies the remaining allegations in Paragraph 1 of the Complaint.

## PARTIES

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint.

3. Defendant admits that it is a California limited liability company and that its registered agent for service is CSC. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 3 of the Complaint.

4. The allegations in Paragraph 4 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant admits that Mr. Barsoum is its Chief Executive Officer. Defendant denies that Mr. Barsoum personally directed and participated in the calls alleged in the Complaint. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 4 of the Complaint.

5. The allegations in Paragraph 5 of the Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed to be required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

## JURISDICTION AND VENUE

6. Defendant admits that the TCPA is a federal statute. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 6 of the Complaint, which also constitute legal conclusions.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint, which also constitute legal conclusions.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991

8. Paragraph 8 of the Complaint contains no affirmative allegations

against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

9. Paragraph 9 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

10. Paragraph 10 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

11. Paragraph 11 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

12. Paragraph 12 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

13. Paragraph 13 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

14. Paragraph 14 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

15. Paragraph 15 of the Complaint contains no affirmative allegations

against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

16. Paragraph 16 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

17. Paragraph 17 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

18. Paragraph 18 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

19. Paragraph 19 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

20. Paragraph 20 of the Complaint is vague and ambiguous as to whether it contains any affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

21. Paragraph 21 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

22. Paragraph 22 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

23. Paragraph 23 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

24. Paragraph 24 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

25. Paragraph 25 of the Complaint is vague and ambiguous as to whether it contains any affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

26. Paragraph 26 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

27. Paragraph 27 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

28. Paragraph 28 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains

legal conclusions to which no response is required.

29. Defendant denies the allegations in Paragraph 29 of the Complaint.

**FACTUAL ALLEGATIONS**

30. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30 of the Complaint. Defendant is still investigating Plaintiff's claims.

31. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the Complaint. Defendant is still investigating Plaintiff's claims.

32. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the Complaint. Defendant is still investigating Plaintiff's claims.

33. Defendant denies the allegations in Paragraph 33 of the Complaint.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Complaint. Defendant is still investigating Plaintiff's claims.

35. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35 of the Complaint. Defendant is still investigating Plaintiff's claims.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the Complaint. Defendant is still investigating Plaintiff's claims.

37. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the Complaint. Defendant is still investigating Plaintiff's claims.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the Complaint. Defendant is still investigating Plaintiff's claims.

39. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the Complaint. Defendant is still investigating Plaintiff's claims.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the Complaint. Defendant is still investigating Plaintiff's claims.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41 of the Complaint. Defendant is still investigating Plaintiff's claims.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42 of the Complaint. Defendant is still investigating Plaintiff's claims.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43 of the Complaint. Defendant is still investigating Plaintiff's claims.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the Complaint. Defendant is still investigating Plaintiff's claims.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the Complaint. Defendant is still investigating Plaintiff's claims.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 of the Complaint. Defendant is still investigating Plaintiff's claims.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47 of the Complaint. Defendant is still investigating Plaintiff's claims.

48. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegations in Paragraph 48 of the Complaint. Defendant is still investigating Plaintiff's claims.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49 of the Complaint. Defendant is still investigating Plaintiff's claims.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50 of the Complaint. Defendant is still investigating Plaintiff's claims.

51. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51 of the Complaint. Defendant is still investigating Plaintiff's claims.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52 of the Complaint. Defendant is still investigating Plaintiff's claims.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53 of the Complaint. Defendant is still investigating Plaintiff's claims.

54. Defendant denies the allegations in Paragraph 54 of the Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

56. Defendant denies the allegations in Paragraph 54 of the Complaint.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57 of the Complaint. Defendant is still investigating Plaintiff's claims.

58. Defendant denies the allegations in Paragraph 58 of the Complaint.

59. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59 of the Complaint. Defendant is still investigating Plaintiff's claims.

60. Defendant denies the allegations in Paragraph 60 of the Complaint.

61. Defendant denies the allegations in Paragraph 61 of the Complaint.

62. Defendant denies the allegations in Paragraph 62 of the Complaint.

63. The allegations in Paragraph 63 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations, which also constitute legal conclusions.

64. The allegations in Paragraph 64 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations.

65. The allegations in Paragraph 65 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations.

66. The allegations in Paragraph 66 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations.

67. The allegations in Paragraph 67 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations, which also constitute legal conclusions.

68. The allegations in Paragraph 68 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations.

69. The allegations in Paragraph 69 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant admits that Mr. Barsoum is its CEO and denies the remaining allegations in Paragraph 69 of the Complaint.

70. The allegations in Paragraph 70 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is

deemed to be required, Defendant denies said allegations.

71. The allegations in Paragraph 71 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations.

72. Defendant denies the allegations in Paragraph 72 of the Complaint, which also constitute legal conclusions.

73. Defendant denies any alleged TCPA violations. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 73 of the Complaint, which also constitute legal conclusions.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74 of the Complaint. Defendant is still investigating Plaintiff's claims.

75. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75 of the Complaint, which also constitute legal conclusions.

76. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76 of the Complaint, which also constitute legal conclusions.

77. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77 of the Complaint, which also constitute legal conclusions.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78 of the Complaint, which also constitute legal conclusions.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79 of the Complaint, which also constitute legal conclusions.

80. Defendant denies the allegations in Paragraph 80 of the Complaint, which also constitute legal conclusions.

81. Defendant denies the allegations in Paragraph 81 of the Complaint, which also constitute legal conclusions.

82. The allegations in Paragraph 82 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations, which also constitute legal conclusions.

83. The allegations in Paragraph 83 of the Complaint are not directed against Defendant and thus no response is required. To the extent a response is deemed to be required, Defendant denies said allegations, which also constitute legal conclusions.

84. Paragraph 84 of the Complaint contains no affirmative allegations against Defendant. To the extent said paragraph is deemed to contain any affirmative allegations, Defendant denies them. Moreover, said paragraph contains legal conclusions to which no response is required.

85. Defendant denies the allegations in Paragraph 85 of the Complaint.

86. Defendant denies the allegations in Paragraph 86 of the Complaint.

87. Defendant denies the allegations in Paragraph 87 of the Complaint.

88. Defendant denies the allegations in Paragraph 88 of the Complaint.

89. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89 of the Complaint.

90. Defendant denies the allegations in Paragraph 90 of the Complaint.

91. Defendant denies the allegations in Paragraph 91 of the Complaint.

92. Defendant denies the allegations in Paragraph 92 of the Complaint.

**COUNT ONE**

93. Defendant incorporates by reference its responses set forth in all Paragraphs above.

94. Defendant denies the allegations in Paragraph 94 of the Complaint.

95. Defendant denies the allegations in Paragraph 95 of the Complaint.

96. Defendant denies the allegations in Paragraph 96 of the Complaint.

97. Defendant denies the allegations in Paragraph 96 of the Complaint.

**COUNT TWO**

98. Defendant incorporates by reference its responses set forth in all Paragraphs above.

99. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99 of the Complaint, which also constitute legal conclusions.

100. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100 of the Complaint.

101. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101 of the Complaint.

102. Defendant denies the allegations in Paragraph 102 of the Complaint.

103. Defendant denies the allegations in Paragraph 103 of the Complaint.

**PLAINTIFF'S PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to any relief requested in Plaintiff's Prayer for Relief, or elsewhere in the Complaint.

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

Defendant admits that Plaintiff demands a jury trial.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint, and all allegations contained therein, or portions thereof, are, or may be,

barred by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that the damages alleged in the Complaint were caused, or causally contributed to, by the comparative fault, negligence, negligence per se, assumption of the risk, and/or culpable conduct of Plaintiff and/or others, and the amount of damages, if any, that may be recovered by Plaintiff from Defendant must be diminished in the proportion that Plaintiff's own conduct, and/or the conduct of others, contributed to the cause of Plaintiff's alleged damages.

**FOURTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that it did not engage in any conduct that was intentional, knowing, willful, reckless, malicious, wanton or outrageous, and that Defendant at all times acted in good faith.

**FIFTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred to the extent he lacks standing and/or jurisdiction to assert them.

**SIXTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims may be barred by the doctrines of unclean hands, unjust enrichment, laches, res judicata, waiver and/or estoppel, or similar equitable doctrines.

**SEVENTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that any alleged calls to Plaintiff were made with prior express consent, including but not limited to prior express written consent.

**EIGHTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant asserts that any calls to Plaintiff were or may have been made pursuant to an existing business relationship.

**NINTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred or limited to the extent his own conduct, including but not limited to any negligent, intentional and/or fraudulent actions or omissions, misled any party into committing any of the acts or omissions alleged in the Complaint, which are expressly denied.

**TENTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant asserts that any calls to Plaintiff were or may have been commercial calls that do not adversely affect privacy rights and/or did not transmit an unsolicited advertisement.

**ELEVENTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges that any alleged calls to Plaintiff were not made by an automatic telephone dialing system or an artificial or prerecorded voice.

**TWELFTH AFFIRMATIVE DEFENSE**

As a separate, affirmative defense, Defendant alleges, to the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

**RESERVATION OF RIGHTS**

Defendant reserves the right to allege and assert any additional and/or further affirmative defenses, counterclaims, cross-claims, and/or third party claims, as additional investigation, discovery or circumstances warrant.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that the Complaint be dismissed with prejudice, for a judgment in favor of Defendant and against Plaintiff, for all attorneys' fees and costs incurred by Defendant herein, and for such further relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a jury trial.

DATED: November 7, 2022 CARLSON & MESSER LLP

By: s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
ALLEVIATE FINANCIAL SOLUTIONS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, a true and correct copy of the foregoing document entitled DEFENDANT ALLEVIATE FINANCIAL SOLUTIONS LLC'S ANSWER TO PLAINTIFF'S COMPLAINT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: November 7, 2024

CARLSON & MESSER LLP

By: s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
ALLEVIATE FINANCIAL SOLUTIONS LLC