NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

ATTORNEY(S) FOR: Defendant Set Forth, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROSENE<br><br>Plaintiff(s),<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:24-cv-02086-DOC-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Set Forth, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Steve Rosene | Plaintiff |
| Alleviate Financial Solutions, LLC | Defendant |
| Michael Barsoum | Defendant |
| Set Forth, Inc. | Defendant |

November 7, 2024
Date

s/David J. Kaminski
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Set Forth, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, a true and correct copy of the foregoing document entitled **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: November 7, 2024 CARLSON & MESSER LLP

By: s/David J. Kaminski
David J. Kaminski
Martin Schannong
Attorneys for Defendant
ALLEVIATE FINANCIAL SOLUTIONS LLC