KEVIN ROCKOFF (SBN 260981)
LAW OFFICES OF KEVIN ROCKOFF
120 Tustin Ave, Suite C, #135
Newport Beach, CA 92663
(949) 329-8259

Attorneys for Plaintiff,
*STEVE ROSENE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROSENE, individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC, a California Limited Liability Company, MICHAEL BARSOUM, an individual, and SET FORTH, INC. LLC, an Illinois Limited Liability Company,<br>Defendants. | CASE NO.: 8:24-cv-02086-DOC-ADS<br><br>STIPULATION OF DISMISSALWITH PREJUDICE, AND [PROPOSED] ORDER. |

PURSUANT TO RULE 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff STEVE ROSENE ("Plaintiff") and ALLEVIATE FINANCIAL SOLUTIONS LLC and SET FORTH, INC. ("Defendants") (Collectively, the "Parties") have settled this matter via confidential mutual settlement agreement and hereby stipulate to the dismissal of this action as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear its own costs, expenses and attorneys' fees unless otherwise agreed.

WHEREFORE, the Parties respectfully request that this Court enter an order dismissing this case accordingly.

///

///

///

Submitted Jointly by:

**LAW OFFICES OF KEVIN A. ROCKOFF**

Dated: February 7, 2025

s/ *Kevin A. Rockoff*
Kevin A. Rockoff
Attorneys for Plaintiff,
*STEVE ROSENE*

**CARLSON & MESSER LLP**

Dated: February 7, 2025

s/ *David J. Kaminski*
David J. Kaminski
*Martin Schannong*
Pichael P. Lavigne
Attorneys for Defendants
*Alleviate Financial Solutions LLC and Set Forth, Inc.*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Kevin A. Rockoff, am the ECF user whose identification and password are being used to file **STIPULATION OF DISMISSALWITH PREJUDICE, AND [PROPOSED] ORDER.** Pursuant to Civil Local Rule IC 5-1(d), I hereby attest that all counsel whose electronic signatures provided their authority and concurrence to file this document.

**Law Offices of Kevin A. Rockoff**

Dated: February 7, 2025

*s/ Kevin A. Rockoff*
Kevin A. Rockoff